FILED IN OPEN COURT
ON 8.30.16 nk
Julie Richards Johnston, Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-51-1BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MARCUS SHUAIB SMITH | ) | |

Upon motion of the United States, it is hereby ORDERED Docket Entry Numbers 174 be sealed.

IT IS SO ORDERED, this the 30th day of August, 2016.

_____
W. EARL BRITT
Senior United States District Judge