UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-00051-BR-1

UNITED STATES OF AMERICA

v.

MARCUS SHUAIB SMITH

ORDER

Upon motion and for good cause shown, attorney Richard Croutharmel is allowed to have access to the defendant's presentence report in the above-captioned case.

This 21 October 2016.

_____
W. Earl Britt
Senior U.S. District Judge