**UNITED STATES PROBATION OFFICE**
**EASTERN DISTRICT OF NORTH CAROLINA**

Van R. Freeman, Jr.
Chief U.S. Probation Officer



310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8686
Fax: 919-861-5555

**DATE:** June 6, 2024

**FROM:** Timothy L. Gupton
Senior U.S. Probation Officer

**SUBJECT:** SMITH, Marcus Shuaib
Case No.: 5:15-CR-51-1BO
<u>Request for Early Termination</u>

**TO:** Terrence W. Boyle
United States District Judge

On August 30, 2016, Marcus Shuaib Smith was convicted of Conspiracy to Distribute and Possess With the Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Marijuana; Possession With the Intent to Distribute Fifty (50) Kilograms or More of Marijuana; and Aiding and Abetting. Mr. Smith appeared in United States District Court for the Eastern District of North Carolina and received 132 months imprisonment, followed by 3 years of supervised release. He began supervision on November 7, 2022.

Mr. Smith has performed satisfactorily on supervision. He has submitted to DNA testing, has had no new criminal charges. His case was evaluated as a low moderate risk supervision case, and he has been on our low-risk supervision program as of May 2023. He has completed half of his supervision term and all drug screens have been negative. Mr. Smith is also gainfully employed and has satisfied all his monetary obligations. His term of supervision is set to expire on November 6, 2025.

The probation office is requesting early termination. The U.S. Attorney's Office agrees with our recommendation for early termination. Please indicate the court's preference by marking the appropriate selection below.

☑ I agree with the recommendation and have signed the enclosed Order.
☐ I disagree with the recommendation. I will reconsider in one year.
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_____  _____
Terrence W. Boyle                 6-7-24
United States District Judge      Date

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.

Crim. No. 5:15-CR-51-1BO

**MARCUS SHUAIB SMITH**

On November 7, 2022, the above named was released from prison and commenced a term of supervised release for a period of 36 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

I declare under penalty of perjury that the foregoing is true and correct.

/s/Timothy L. Gupton  
Timothy L. Gupton  
Senior U.S. Probation Officer  
310 New Bern Avenue, Room 610  
Raleigh, NC 27601-1441  
Phone: 919-861-8686  
Executed On: June 6, 2024

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this \_\_\_7\_\_\_ day of \_\_\_June\_\_\_, 2024.

Terrence W. Boyle  
United States District Judge